## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
## The Honorable Michael E. Romero

In re:

JAMES A. MITCHELL
JACQUELYN J. MITCHELL

Debtors.

Case No. 17-11643 MER

Chapter 7

### NOTICE OF HEARING WITH RESPECT TO AN
### AGREEMENT TO REAFFIRM A DEBT

Debtors filed a motion to reaffirm a debt with Snap-On Credit, LLC ("Creditor") along with a copy of the reaffirmation agreement. Debtors are represented by counsel in this case but the reaffirmation agreement was not signed by said counsel. Therefore, a hearing must be held to consider whether to approve the reaffirmation agreement as (i) not imposing an undue hardship on the Debtors or a dependent of the Debtors and (ii) in the best interest of the Debtors. Accordingly,

NOTICE IS HEREBY GIVEN that a hearing will be held on **Wednesday, May 31, 2017, at 11:00 a.m.,** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado with respect to an agreement to reaffirm a debt between the Creditor and the Debtors. **Debtors and counsel are required to appear at the hearing by phone or in person.**

Parties may appear at the hearing in person or by telephone. Parties wishing to participate by telephone may call 1-888-684-8852. The access code is 9288499. Please stay on the line until the court operator takes the roll call and the hearing begins.

DATED: April 21, 2017

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
    United States Bankruptcy Court
    U.S. Custom House
    721 19th Street
    Denver, Colorado 80202-2508