(COB Form ordervotrn #201 11/2009)

# UNITED STATES BANKRUPTCY COURT
**District of Colorado**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
James A. Mitchell and Jacquelyn J Mitchell

Case No.: 17−11643−MER
Chapter: 7

ORDER FOR TURNOVER

ORDER FOR TURNOVER OF PROPERTY OF THE ESTATE: Upon filing of the trustee's properly pled motion/application for entry of an order directing the debtor to turn over property of the estate, and the trustee either (1) having previously entered into written stipulation with the debtor for said turnover or (2) debtor having been provided no less than fourteen days notice of an opportunity to object to said motion/application for turnover and the debtor failing to object to the entry of an order approving said motion/application for turnover and pursuant to authorization granted to the undersigned by the Court in paragraph 14 of Standing Order Number 13, IT IS ORDERED that no later than 10/11/2017, the debtor shall turn over to the trustee property of the estate as described in said application/motion.

Dated:  9/27/17

FOR THE COURT:
s/ Kenneth S. Gardner , Clerk