# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JAMES A. MITCHELL | ) | Case No. 17-11643 MER |
| JACQUELYN J. MITCHELL, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND SHEFFIELD FINANCIAL, LLC

THIS MATTER having come before the Court on chapter 7 trustee Jared C. Walters' Motion to Approve Settlement Agreement Between Trustee and Sheffield Financial, LLC (the "Motion"), and the Court having reviewed and considered the Motion and any responses or objections thereto, and being fully advised on the premises hereby

ORDERS that the Motion is GRANTED. The Settlement Agreement attached as Exhibit 1 to the Motion is APPROVED.

DATED this 25th day of October, 2017.

BY THE COURT:

_____
United States Bankruptcy Judge