**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:  JAMES A. MITCHELL,                )
        SSN: xxx-xx-9204,                        )  Case No. 17-11643 MER
        JACQUELYN J. MITCHELL,         )  Chapter 7
        SSN: xxx-xx-6101,                        )
                       Debtors.       )
_____

**ORDER APPROVING STIPULATED MOTION TO APPROVE WAIVER OF DISCHARGE OF DEBTORS JAMES A. MITCHELL AND JACQUELYN J. MITCHELL**
_____

The matter before the Court is the Stipulated Motion to Approve Waiver of Discharge submitted by the United States Trustee and the Debtors, James A. Mitchell and Jacquelyn J. Mitchell, who have each executed a Waiver of Discharge. The Court having reviewed the Motion, the Waiver, and the file in this case, determines that it is appropriate to approve the Stipulated Motion to Approve Waiver of Discharge. Accordingly, it is

ORDERED that the Stipulated Motion to Approve Waiver of Discharge is GRANTED; and it is

FURTHER ORDERED that the Debtors, James A. Mitchell and Jacquelyn J. Mitchell, are denied a discharge in this case, Case No. 17-11643 MER.

Dated: November 9, 2017                           BY THE COURT:

                                                          Michael E. Romero, Chief Judge
                                                          United States Bankruptcy Court