UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: MITCHELL, JAMES A. <br> MITCHELL, JACQUELYN J <br><br> Debtor(s) | § Case No. 17-11643-MER <br> § <br> § <br> § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 03, 2017. The undersigned trustee was appointed on March 03, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        8,269.00

   Funds were disbursed in the following amounts:
   
   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 3,929.29 |
   | Bank service fees | 40.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 4,299.71 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/29/2017 and the deadline for filing governmental claims was 08/30/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,576.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,576.90, for a total compensation of $1,576.90.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $104.86, for total expenses of $104.86.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/09/2018        By: /s/Jared Walters
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-11643-MER  
**Case Name:** MITCHELL, JAMES A.  
MITCHELL, JACQUELYN J  
**Period Ending:** 03/09/18

**Trustee:** (260090) Jared Walters, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 03/03/17 (f)  
**§341(a) Meeting Date:** 04/28/17  
**Claims Bar Date:** 12/29/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 40.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account: Dolores State Bank | 550.00 | 0.00 | | 0.00 | FA |
| 3 | Stove Refridgerator | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Boots, , tennis shoes, 4 pairs of pants, 10 tee | 200.00 | 0.00 | | 0.00 | FA |
| 5 | wedding rings, watches . ear rings^necklaces | 160.00 | 0.00 | | 0.00 | FA |
| 6 | Additional account: PERA Montezuma - County RE-1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Additional account: Empower Kinder Morgan | 5,000.00 | 0.00 | | 0.00 | FA |
| 8 | Filed 02/15/2015 Federal refund: $4,432.00, Colo | 4,958.00 | 0.00 | | 0.00 | FA |
| 9 | 2013 Ford F150, 86,000 miles. Entire property va | 21,910.00 | 0.00 | | 0.00 | FA |
| 10 | 2000 Holiday Rambler Endeavor, Owe $23,193.00. E    Orig. Asset Memo: subject to $23k lien per schedule c. | 27,900.00 | 0.00 | | 0.00 | FA |
| 11 | Mechanic tools | 28,000.00 | 0.00 | | 0.00 | FA |
| 12 | VOID, REFERS TO ASSET 13,  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2015 Polaris side-by-side | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2005 Chevrolet Trail Blazer, 148,006 miles, This | 949.00 | 0.00 | | 0.00 | FA |
| 15 | Lien avoidance re: asset 13  (u) | 0.00 | 10,000.00 | | 8,269.00 | FA |
| **15** | **Assets**  **Totals** (Excluding unknown values) | **$90,867.00** | **$10,000.00** | | **$8,269.00** | **$0.00** |

RE PROP# 12    This asset comes from Schedule D, but the asset was not itself disclosed. Asset created by TE as asset 13.

**Major Activities Affecting Case Closing:**

3/9/18 TFR prepared; claims reviewed; adversary filing fee set up to pay with distribution; motion to approve at doc #102; attorney hired to represent trustee, attorney paid; auctioneer hired to sell property of the estate, auctioneer paid.

1/5/18 JW r/a auctioneer report.

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-11643-MER  
**Case Name:** MITCHELL, JAMES A.  
MITCHELL, JACQUELYN J  
**Period Ending:** 03/09/18

**Trustee:** (260090) Jared Walters, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 03/03/17 (f)  
**§341(a) Meeting Date:** 04/28/17  
**Claims Bar Date:** 12/29/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** April 28, 2018  **Current Projected Date Of Final Report (TFR):** April 28, 2018

Printed: 03/09/2018 09:04 AM    V.13.32

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-11643-MER
**Case Name:** MITCHELL, JAMES A.
  MITCHELL, JACQUELYN J
**Taxpayer ID #:** **-***7204
**Period Ending:** 03/09/18

**Trustee:** Jared Walters, Chapter 7 Trustee (260090)
**Bank Name:** Rabobank, N.A.
**Account:** ******4966 - Checking Account
**Blanket Bond:** $48,104,231.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/09/17 | {15} | Sheffield | pre-petition payments as part of lien avoidance settlement | | 1241-000 | 519.00 | | 519.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 509.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 499.00 |
| 01/05/18 | {15} | The Auction Team Inc | auction proceeds from sale of ATV | | 1241-000 | 7,750.00 | | 8,249.00 |
| 01/13/18 | 101 | The Auction Team Inc | auctioneer fees and expenses | | | | 1,144.51 | 7,104.49 |
| | | | auctioneer fee | 775.00 | 3610-000 | | | 7,104.49 |
| | | | auctioneer expenses | 369.51 | 3620-000 | | | 7,104.49 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 7,094.49 |
| 02/06/18 | 102 | Wadsworth Warner Conrardy, P.C. | attorney fees and costs per doc. 119 | | | | 2,784.78 | 4,309.71 |
| | | | attorney fees | 2,756.06 | 3210-000 | | | 4,309.71 |
| | | | attorney costs | 28.72 | 3220-000 | | | 4,309.71 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,299.71 |
| | | | **ACCOUNT TOTALS** | | | 8,269.00 | 3,969.29 | **$4,299.71** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 8,269.00 | 3,969.29 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$8,269.00** | **$3,969.29** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4966** | 8,269.00 | 3,969.29 | 4,299.71 |
| | $8,269.00 | $3,969.29 | $4,299.71 |

{} Asset reference(s)

Printed: 03/09/2018 09:04 AM  V.13.32

# Claims Proposed Distribution

## Case: 17-11643-MER   MITCHELL, JAMES A.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $4,299.71 | Total Proposed Payment: | $4,299.71 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Jared Walters, Chapter 7 Trustee | Admin Ch. 7 | 104.86 | 104.86 | 0.00 | 104.86 | 104.86 | 4,194.85 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | Jared Walters, Chapter 7 Trustee | Admin Ch. 7 | 1,576.90 | 1,576.90 | 0.00 | 1,576.90 | 1,576.90 | 2,617.95 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | United States Bankruptcy Court | Admin Ch. 7 | 350.00 | 350.00 | 0.00 | 350.00 | 350.00 | 2,267.95 |
| | <2700-00 Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | **Claim Memo:** Filing fee for adversary case no 17-01312 | | | | | | | |
| 1 -1 | Discover Bank | Unsecured | 1,150.81 | 1,150.81 | 0.00 | 1,150.81 | 79.00 | 2,188.95 |
| | **Claim Memo:** Discover Products Inc / PO Box 3025 / New Albany, OH 430543025 | | | | | | | |
| | History: Details1-110/02/2017Claim #1 filed by Discover Bank, Amount claimed: $1150.81 (Discover Financial Services) | | | | | | | |
| 2 -1 | American Express Centurion Bank | Unsecured | 354.74 | 354.74 | 0.00 | 354.74 | 24.35 | 2,164.60 |
| | **Claim Memo:** c/o Becket and Lee LLP / PO Box 3001 / Malvern, PA 193550701 | | | | | | | |
| | History: Details2-110/19/2017Claim #2 filed by American Express Centurion Bank, Amount claimed: $354.74 (Becket & Lee (ecl)) | | | | | | | |
| 3 -1 | American Express Bank, FSB | Unsecured | 847.43 | 847.43 | 0.00 | 847.43 | 58.17 | 2,106.43 |
| | **Claim Memo:** c/o Becket and Lee LLP / PO Box 3001 / Malvern, PA 193550701 | | | | | | | |
| | History: Details3-110/19/2017Claim #3 filed by American Express Bank, FSB, Amount claimed: $847.43 (Becket & Lee (ecl)) | | | | | | | |
| 4 -1 | Capital One Bank (USA), N.A. | Unsecured | 173.74 | 173.74 | 0.00 | 173.74 | 11.93 | 2,094.50 |
| | **Claim Memo:** PO Box 71083 / Charlotte, NC 282721083 | | | | | | | |
| | History: Details4-110/19/2017Claim #4 filed by Capital One Bank (USA), N.A., Amount claimed: $173.74 (American Infosource (ecl)) | | | | | | | |
| 5 -1 | Capital One Bank (USA), N.A. | Unsecured | 2,265.51 | 2,265.51 | 0.00 | 2,265.51 | 155.51 | 1,938.99 |
| | **Claim Memo:** PO Box 71083 / Charlotte, NC 282721083 | | | | | | | |

# Claims Proposed Distribution

## Case: 17-11643-MER   MITCHELL, JAMES A.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $4,299.71 | Total Proposed Payment: | $4,299.71 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | History: Details5-1 10/19/2017 Claim #5 filed by Capital One Bank (USA), N.A., Amount claimed: $2265.51 (American Infosource (ecl)) | | | | | | | |
| | * * * | | | | | | | |
| 6 -1 | Capital One Bank (USA), N.A. | Unsecured | 1,152.45 | 1,152.45 | 0.00 | 1,152.45 | 79.11 | 1,859.88 |
| | **Claim Memo:** PO Box 71083 Charlotte, NC 282721083 | | | | | | | |
| | History: Details6-1 10/19/2017 Claim #6 filed by Capital One Bank (USA), N.A., Amount claimed: $1152.45 (American Infosource (ecl)) | | | | | | | |
| | * * * | | | | | | | |
| 7 -1 | Capital One Bank (USA), N.A. | Unsecured | 738.98 | 738.98 | 0.00 | 738.98 | 50.73 | 1,809.15 |
| | **Claim Memo:** PO Box 71083 Charlotte, NC 282721083 | | | | | | | |
| | History: Details7-1 10/19/2017 Claim #7 filed by Capital One Bank (USA), N.A., Amount claimed: $738.98 (American Infosource (ecl)) | | | | | | | |
| | * * * | | | | | | | |
| 8 -1 | Sheffield Financial | Unsecured | 7,126.94 | 7,126.94 | 0.00 | 7,126.94 | 489.21 | 1,319.94 |
| | **Claim Memo:** PO Box 1847 Wilson, NC 278941847 | | | | | | | |
| | History: Details8-1 10/27/2017 Claim #8 filed by Sheffield Financial, Amount claimed: $7126.94 (Regional Acceptance Corporation (ecl)) | | | | | | | |
| | * * * | | | | | | | |
| 9 -1 | CW Nexus Credit Card Holdings I, LLC | Unsecured | 900.13 | 900.13 | 0.00 | 900.13 | 61.79 | 1,258.15 |
| | **Claim Memo:** Resurgent Capital Services PO Box 10368 Greenville, SC 296030368 | | | | | | | |
| | History: Details9-1 11/29/2017 Claim #9 filed by CW Nexus Credit Card Holdings I, LLC, Amount claimed: $900.13 (Sherman Acquisition LP dba Resurgent Acquisition (ecl)) | | | | | | | |
| | * * * | | | | | | | |
| 10 -1 | PYOD, LLC its successors and assigns as assignee | Unsecured | 8,686.01 | 8,686.01 | 0.00 | 8,686.01 | 596.23 | 661.92 |
| | **Claim Memo:** of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | | | | | | | |
| | History: Details10-1 11/30/2017 Claim #10 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $8686.01 (Sherman Acquisition LP dba Resurgent Acquisition (ecl)) | | | | | | | |
| | * * * | | | | | | | |

# Claims Proposed Distribution

### Case: 17-11643-MER  MITCHELL, JAMES A.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $4,299.71 | | Total Proposed Payment: | $4,299.71 | | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 11 -1 | PYOD, LLC its successors and assigns as assignee | Unsecured | 2,067.24 | 2,067.24 | 0.00 | 2,067.24 | 141.90 | 520.02 |

**Claim Memo:** of FNBM, LLC
Resurgent Capital Services, PO Box 19008
Greenville, SC 29602
--------------------------------------------------------------------
History: Details11-111/30/2017Claim #11 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $2067.24 (Sherman Acquisition LP dba Resurgent Acquisition (ecl))
--------------------------------------------------------------------* * *

| 12 -1 | PYOD, LLC its successors and assigns as assignee | Unsecured | 1,274.47 | 1,274.47 | 0.00 | 1,274.47 | 87.48 | 432.54 |

**Claim Memo:** of FNBM, LLC
Resurgent Capital Services, PO Box 19008
Greenville, SC 29602
--------------------------------------------------------------------
History: Details12-111/30/2017Claim #12 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $1274.47 (Sherman Acquisition LP dba Resurgent Acquisition (ecl))
--------------------------------------------------------------------* * *

| 13 -1 | PYOD, LLC its successors and assigns as assignee | Unsecured | 2,410.62 | 2,410.62 | 0.00 | 2,410.62 | 165.47 | 267.07 |

**Claim Memo:** of Citibank, N.A.
Resurgent Capital Services, PO Box 19008
Greenville, SC 29602
--------------------------------------------------------------------
History: Details13-111/30/2017Claim #13 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $2410.62 (Sherman Acquisition LP dba Resurgent Acquisition (ecl))
--------------------------------------------------------------------* * *

| 14 -1 | Prosper Marketplace Inc. | Unsecured | 3,890.73 | 3,890.73 | 0.00 | 3,890.73 | 267.07 | 0.00 |

**Claim Memo:** C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121
--------------------------------------------------------------------
History: Details14-112/21/2017Claim #14 filed by Prosper Marketplace Inc., Amount claimed: $3890.73 (Weinstein, Pinson & Riley, P.S. (ecl))
--------------------------------------------------------------------* * *

Printed: 03/09/18 09:05 AM                                                                                           Page: 4

# Claims Proposed Distribution

### Case:  17-11643-MER    MITCHELL, JAMES A.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $4,299.71 | Total Proposed Payment: | $4,299.71 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 17-11643 : | | $35,071.56 | $35,071.56 | $0.00 | $35,071.56 | $4,299.71 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $2,031.76 | $2,031.76 | $0.00 | $2,031.76 | 100.000000% |
| **Total Unsecured Claims :** | $33,039.80 | $33,039.80 | $0.00 | $2,267.95 | 6.864297% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 17-11643-MER
Case Name: MITCHELL, JAMES A.
Trustee Name: Jared Walters

**Balance on hand:**  $ 4,299.71

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 4,299.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jared Walters, Chapter 7 Trustee | 1,576.90 | 0.00 | 1,576.90 |
| Trustee, Expenses - Jared Walters, Chapter 7 Trustee | 104.86 | 0.00 | 104.86 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses:  $ 2,031.76
Remaining balance:  $ 2,267.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 2,267.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 2,267.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,039.80 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -1 | Discover Bank | 1,150.81 | 0.00 | 79.00 |
| 2 -1 | American Express Centurion Bank | 354.74 | 0.00 | 24.35 |
| 3 -1 | American Express Bank, FSB | 847.43 | 0.00 | 58.17 |
| 4 -1 | Capital One Bank (USA), N.A. | 173.74 | 0.00 | 11.93 |
| 5 -1 | Capital One Bank (USA), N.A. | 2,265.51 | 0.00 | 155.51 |
| 6 -1 | Capital One Bank (USA), N.A. | 1,152.45 | 0.00 | 79.11 |
| 7 -1 | Capital One Bank (USA), N.A. | 738.98 | 0.00 | 50.73 |
| 8 -1 | Sheffield Financial | 7,126.94 | 0.00 | 489.21 |
| 9 -1 | CW Nexus Credit Card Holdings l, LLC | 900.13 | 0.00 | 61.79 |
| 10 -1 | PYOD, LLC its successors and assigns as assignee | 8,686.01 | 0.00 | 596.23 |
| 11 -1 | PYOD, LLC its successors and assigns as assignee | 2,067.24 | 0.00 | 141.90 |
| 12 -1 | PYOD, LLC its successors and assigns as assignee | 1,274.47 | 0.00 | 87.48 |
| 13 -1 | PYOD, LLC its successors and assigns as assignee | 2,410.62 | 0.00 | 165.47 |
| 14 -1 | Prosper Marketplace Inc. | 3,890.73 | 0.00 | 267.07 |

|  | Total to be paid for timely general unsecured claims: | $ | 2,267.95 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |